Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R. S. et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HOCKINSON SCHOOL DISTRICT<br><br>    Defendant. | Case No. 3:22-cv-05494-MJP<br><br>ORDER GRANTING MOTION<br><br>TO SEAL DOCUMENTS |

Having considered Plaintiffs' unopposed motion to file under seal parts of the official administrative record (Dkt. No. 9), the Court GRANTS the Motion. The Court finds good cause and ORDERS that Volumes 4-21 of the official record be kept under seal to protect the disclosure of the minor's full name and birthdate, medical records, and other personally identifying information.

DATED this 28th day of November, 2022

Marsha J. Pechman
United States Senior District Judge

Order Granting Plaintiffs' Motion to File Under Seal -

Page 1 of 1