UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.S., et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>HOCKINSON SCHOOL DISTRICT,<br><br>            Defendant. | CASE NO. C22-5494 MJP<br><br>ORDER STRIKING TRIAL AND RELATED DATES |

This matter comes before the Court on the Parties' Joint Updated Status Report. (Dkt. No. 42.) Having reviewed the Status Report, the Court ORDERS as follows:

1. The Court STRIKES the trial date.

2. The Court STRIKES the deadlines and requirement to file trial briefs, a pretrial order, and proposed findings of fact and conclusions of law.

3. The Court will set oral argument on the cross-motions for summary judgment at a mutually-convenient time in November 2023. The Court will separately reach out to the parties to schedule the hearing.

ORDER STRIKING TRIAL AND RELATED DATES - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated August 28, 2023.

Marsha J. Pechman
United States Senior District Judge